IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 5:12cr5-MW-10
     USM No. 21586-017

JASON APOLLO BROXTON,

      Defendant.

_____/

**ORDER DENYING SENTENCE
REDUCTION UNDER AMENDMENT 782**

Defendant has moved to reduce his sentence under United States Sentencing Guidelines Amendment 782. ECF No. 809.

Amendment 782 reduced the base offense level for most drug offenses. A district court may reduce the sentence of a defendant "who has been sentenced to a term of imprisonment *based on a sentencing range that has subsequently been lowered by the Sentencing Commission*." 18 U.S.C. § 3582(c)(2) (emphasis added). But a district court must not reduce the sentence of a defendant whose range has not been lowered. Here, Mr. Broxton's guideline range was determined pursuant to a guideline section other than a drug offense; namely, as a career offender. Because that guideline range has not been changed, Mr. Broxton is not eligible for a reduction.

1

The Eleventh Circuit has repeatedly followed this same analysis, holding that defendants whose guideline ranges were calculated under other guidelines, not the drug guidelines, were ineligible for reductions under earlier amendments that, like Amendment 782, retroactively reduced drug guidelines. *See United States v. Berry*, 701 F.3d 374, 376 (11th Cir. 2012) (holding ineligible for an Amendment 750 reduction a defendant whose range was calculated under the career offender guideline); *United States v. Moore*, 541 F.3d 1323, 1327 (11th Cir. 2008) (same, Amendment 706).

For these reasons,

**IT IS ORDERED:**

1. The motion to reduce Defendant's sentence, ECF No. 809, is **DENIED**.

2. The Clerk must provide a copy of this order to Mr. Broxton himself by mail and to the attorneys of record and the Federal Public Defender through the electronic filing system.

**SO ORDERED on August 26, 2015.**

                                              s/Mark E. Walker
                                              **United States District Judge**