# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

**v.**                          **Case No.  5:12cr5-MW/CJK-10**

**JASON APOLLO BROXTON,**

      **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 814.  Upon consideration, no objections having been filed by Defendant,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF Nos. 808 & 811, is **DENIED** and **DISMISSED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on September 30, 2015.**

**s/Mark E. Walker**
**United States District Judge**